# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MORGAN ROGERS o/b/o M.G.R., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. CIV-24-826-CMS |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell[1] pursuant to 28 U.S.C. 636(b)(1), the Court adopts the Report & Recommendation [Doc. No. 3] in its entirety.

For the reasons stated therein, Plaintiff's in forma pauperis application [Doc. No. 2] is **DENIED.** If Plaintiff's full filing fee is not received by the Clerk of the Court within 21 days of this Order, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 9th day of September, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] After Judge Mitchell issued the Report & Recommendation, this case was transferred to United States Magistrate Judge Chris M. Stephens.